**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6170**

---

JACOB MUHAMMAD FARRAKHAN,

Plaintiff - Appellant,

versus

RONALD MOATS, Warden; MUHAMMAD SALAAM, Islamic
Chaplain; RICHARD LANHAM,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-95-
1081-AMD)

---

Submitted:  June 11, 1996          Decided:  August 2, 1996

---

Before HALL, LUTTIG, and NIEMEYER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jacob Muhammad Farrakhan, Appellant Pro Se.  John Joseph Curran,
Jr., Attorney General, Richard M. Kastendieck, OFFICE OF THE ATTOR-
NEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order disposing of only one of his claims raised in his 42 U.S.C. § 1983 (1988) complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2